**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

B.F. et al.,

                                        Plaintiffs,

                        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                        Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___02/17/2026

**26-CV-1188 (JLR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This matter has been referred to the undersigned (ECF #7). Insofar as this action is to secure attorneys' fees and costs, Plaintiff's motion shall be submitted by no later than **August 17, 2026.** Opposition due **September 16, 2026.** Reply due **September 30, 2026.** The Court is unlikely to extend these deadlines. Counsel for the parties are encouraged to settle this matter without the need for motion practice. If the parties believe it would be helpful to have a settlement conference or desire a referral to mediation, they should submit a letter to the Court requesting same.

        **Plaintiffs are directed to serve this order, and a copy of the complaint on the Defendant.**

        **SO ORDERED.**

DATED:        New York, New York
              February 17, 2026

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge