USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

B.F. et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

-------------------------------------------------------------------X

**26-CV-1188 (JLR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Insofar as this action is to secure attorneys' fees and costs, Plaintiff's motion was due be by **August 17, 2026.** No such motion has yet been filed. By **August 27, 2026**, Plaintiff shall file its anticipated motion for attorneys' fees and costs, or, in the alternative, the Parties shall submit a joint status update on the progression of settlement discussions.

**SO ORDERED.**

DATED: New York, New York
August 21, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge